# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00065-CR

**Devon Duboise Burrus, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 27TH DISTRICT COURT OF BELL COUNTY, NO. 21DCR84698, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Devon Duboise Burrus seeks to appeal a judgment of conviction for possession of a controlled substance. *See* Tex. Health & Safety Code § 481.115(c). The trial court has certified that (1) this is a plea-bargain case and Burrus has no right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed for Want of Jurisdiction

Filed: February 19, 2025

Do Not Publish